*Daniel Fish* v. *Ezra W. Miller.* B. W. BONNEY, and S. A. FOOT, for appellant; R. H. MORRIS, for respondent. Decree of the late assistant vice chancellor affirmed, with costs.

*Solomon Stone, adm'r, &c. appellant* v. *Rebecca Morgan, adm'x, et al., respondents.* M. T. REYNOLDS, for appellant; E. F. SMITH, for respondents. Motion to dismiss appeal for not being made in time, granted, with costs to be taxed.

*John F. Delaplaine* v. *John L. Lawrence, adm'r, et al.* J. RHOADES, for appellant; J. V. L. PRUYN, for respondents. Decided that a purchaser who has bid off property at an administrator's sale and complied with the terms of the sale on his part, may appeal to the chancellor from an erroneous decision of the surrogate setting aside such sale.

Motion to dismiss appeal denied; costs to abide the event of the decision upon the appeal.

*Isaac D. Russell et al.* v. *John Haight.* M. T. REYNOLDS, for complainants; J. RHOADES, for defendant. Motion to dissolve injunction, except so far as granted on the hearing of motion, denied, with costs to abide the event of the suit; and injunction, except so far as already dissolved, retained until the hearing.

*Henry L. Niles* v. *David R. Hempstead et al.* E. SMITH, for appellant; E. NORTON, for respondent. Decretal order appealed from reversed, with costs to appellant.

*Isaac Danforth* v. *George A. Wood et al.* *The same* v. *Margaret D. Woods et al.* J. RHOADES, for complainant; C. STEVENS, for Margaret D. Woods. Motion for rehearing denied, with $15 costs.

*In the matter of Israel Day, a lunatic.* S. M. WOODRUFF, for the solicitor. Application for an extra allowance of costs to the solicitor upon the commission of lunacy, beyond the $50 allowed by the 162d rule denied.

*Sarah Burr, by her next friend* v. *Jonathan Burr.* S. STEVENS, for complainant; W. HAY, for defendant. Order directing $1100 part of the *ad interim* alimony received under the order of March 7, 1843, with interest, to be deducted from the amount for which execution is to issue under decree of court of errors.

*Right of purchasers to appeal from decree of surrogate.*